JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE QUYEN VU NGO, individually and as successor in interest to the ESTATE OF BINH VAN NGUYEN; JOSEPH THIEN NGUYEN, a minor, by and through his Guardian Ad Litem, Le Quyen Vu Ngo, and as successor in interest to the ESTATE OF BINH VAN NGUYEN; PATRICK HUU NGUYEN, a minor, by and through his Guardian Ad Litem, Le Quyen Vu Ngo, and as successor in interest to the ESTATE OF BINH VAN NGUYEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, et al.,<br><br>    Defendants. | Case No.: SACV13-1660 DOC (RNBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [69]**<br><br>**FED. R. CIV. P. 41(a)(1** |

IT IS HEREBY ORDERED, following stipulation of counsel, that this matter is hereby dismissed in its entirety, with prejudice, pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1), as to all plaintiffs and all defendants.

///

///

- 1 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | DATED: May 20, 2015         _/s/ David O. Carter_____ |
| 4 | Honorable David O. Carter<br>United States District Court Judge |

- 2 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE